ACCEPTED
03-15-00227-CR
6800674
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 11:37:15 AM
JEFFREY D. KYLE
CLERK



FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 11:37:15 AM
JEFFREY D. KYLE
Clerk

**ALLISON PALMER          GEORGE E. McCREA**

51ST & 119TH DISTRICT ATTORNEYS

124 W. Beauregard

San Angelo, Texas  76903

325/659-6583                                          325/655-6116

325/658-6831 (Fax)

September 4, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Capitol Station
Austin, Texas  78711

Style: Pedro P. Morales, Appellant v. The State of Texas,
Case # 03-15-00281-CR Trial Court# C-10-0321-SB, 340th District Court

Dear Mr. Kyle:

The State believes that the trial court ruled correctly in this case. With regard to the Anders brief filed by Appellant, the State hereby notifies the Court that it will not respond on the merits to the points raised and conceded by Appellant's brief. Please file this letter response with the papers in the cause and bring it to the attention of the appropriate members of the Court or its staff.

Sincerely,

_____

Jason Ferguson
Asst. District Attorney
51st Judicial District
124 W Beauregard, Ste. B
San Angelo, TX 76903
(325) 659-6583
(325) 658-6831  FAX
TSB# 24072092

cc: Kirk Hawkins
17 S. Chadbourne, Ste.401
PO Box 3645
San Angelo, TX 76902-3645
Delivered via https://efile.txcourts.gov/ to kirkhawkinslaw@gmail.com